# Exhibit H



Sent from my iPhone

