# EXHIBIT 1

# TO DEFENDANT'S MOTION TO STRIKE CERTAIN EXHIBITS TO PLAINTIFF'S RESPONSE BRIEF

**Barker, Shannon (SBarker2)**

| | |
|---|---|
| **From:** | McClain, Tamara (TMcCray) |
| **Sent:** | Thursday, June 08, 2017 11:41 AM |
| **To:** | Barker, Shannon (SBarker2); Brown, Carloas (CBrown38); Euler, Deanna (DEuler); Feliciano, Christina (CFelicia); Gomez, Bryan (BGomez); Imbragulio, Holly (HImbragu); Lewin, Trevor (TLewin); Llanes, Dolores (DLlanes); Llanes, Paul (PLlanes); McCammon, Jeff (JMcCammo); McClellan, Lowell (LMcClel1); Ramos, Mary (MRamos4); Scott, Michelle (MScott13); Stone, Victoria (VStone); Swanson, Sarah (SSwanson); Webb, William (WWebb1); Martinez, Rebecca (RMarti29); McLaughlin, Sandra (SMcLaug1) |
| **Cc:** | Stubblefield, Robert (RStubble) |
| **Subject:** | EFFECTIVE IMMEDIATELY |

- **For all call offs, you are required to contact both Trent and I. My phone number is (708) 965-1516. Text message is fine.**

- **Anyone who is leaving early or coming in late for doctor appointments, <u>MUST</u> provide a MD note when they return. <u>NO EXCEPTIONS.</u>**

- **Please email me all of your planned vacation dates (even if it's approved in ADP) by Monday.**

- **Morning meetings will begin at 8:15am.**

**Please respond back with your phone number (so that I can save it in my phone).**

**Thanks**



EXHIBIT A

1