# EXHIBIT 2

# TO DEFENDANT'S MOTION TO STRIKE CERTAIN EXHIBITS TO PLAINTIFF'S RESPONSE BRIEF

# LINCARE

## PERFORMANCE REVIEW
## NON-EXEMPT EMPLOYEE

05

NAME  SHANNON BARKER                    MANAGER  ROBERT STUBBLEFIELD

SERVICE DATE  10/26/16                  EVALUATION PERIOD  Sep

| WEIGHT | OBJECT TO BE MEASURED | RATING: EXCEPTIONAL — COMMENDABLE — COMPETENT — FAIR — NOT ADEQUATE |
|---|---|---|
| 35% Rating No. 3 x 35 % weight = 1.05 points | QUANTITY – Completion of position duties. COMMENTS: | 4.0  3.5  **3.0**  2.5  2.0  1.5  1.0  0.5  0.0 Your ABILITY TO DO your WORK LOAD AND All that is expected is great! Better Response time on emails |
| 30% Rating No. 3 x 30 % weight = .9 points | QUALITY – Accuracy, timeliness, thoroughness. COMMENTS: | 4.0  3.5  **3.0**  2.5  2.0  1.5  1.0  0.5  0.0 The process of working an order to completion and getting it to Billing is much improved |
| 30% Rating No. 2.5 x 30 % weight = .75 points | WORK HABITS – Safety, need of supervision, adaptability, and ability to get along with others. COMMENTS: | 4.0  3.5  3.0  **2.5**  2.0  1.5  1.0  0.5  0.0 I need you to be more of a leader. To set aside and come along newer CSR's & help them for the sake of the Patient & the center. |
| 5% Rating No. 1.5 x 5 % weight = .075 points | ATTENDANCE – Absences, tardiness COMMENTS: | 4.0  3.5  3.0  2.5  2.0  **1.5**  1.0  0.5  0.0 I am aware of everything that's going on with your FMLA & illness. Be mindful of sick days & vacation in future |
| ● Meets Expectations ○ Does Not Meet Expectations | COMPLIANCE - Healthcare Statutes and Regulations | Lincare's commitment to compliance with all healthcare regulations requires the employee to be able to demonstrate knowledge of and compliance with applicable statutes and regulations. Failure to meet expectations precludes any upward salary adjustment for the period. |

TOTAL POINTS  2.775  / 100

EQUALS OVERALL RATING  2.8

Rating above 2.5 and below 1.5 require a comment.

Shannon has shown vast improvements & excels on handling large quantities of responsibilities as well as doing them with great quality

Robert Stubblefield                    10/26/16
Completed by                           Date

_____              12/1/16        Shannon Barker           10/26/16
Reviewed by (next higher level of supervision)  Date   Employee Signature       Date

LINCARE_0000071