# EXHIBIT 3
# TO DEFENDANT'S MOTION TO STRIKE CERTAIN EXHIBITS TO PLAINTIFF'S RESPONSE BRIEF



Sent from my iPhone

